[No. 18114-9-I.  Division One.  December 23, 1987.]

LILLIAN M. ELKINS, ET AL, *Respondents*, v. RAINIER SHOWS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit

County, No. 83-2-00303-5, Walter J. Deierlein, Jr., J., entered February 21, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Swanson, J.